IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BROOKE HEAD,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **Civil Action: CV-23-295** |
| | * | |
| **COASTAL ALABAMA COMMUNITY COLLEGE, et al.,** | * | **Jury Trial Demanded** |
| | * | |
| | * | |
| **Defendants.** | * | |

### PLAINTIFF'S RESPONSE TO ACCS DEFENDANTS' MOTION TO DISMISS

Plaintiff Brooke Head, through undersigned counsel, hereby responds to the ACCS Defendants'[1] Motion to Dismiss as follows:

Plaintiff consents to the dismissal of the claims against the ACCS Defendants based on the ACCS Defendants' assertions as to its authority and duties with regard to Coastal Alabama Community College and to the employment of Plaintiff as stated in their Motion to Dismiss (Doc. 22) as follows:

    a.    Page 1: "The ACCS Defendants were not Plaintiff's employer, were not involved in the facts alleged, and have no authority to grant the relief Plaintiff seeks."

    b.    Page 7: "Likewise, as the *colleges' governing body*, ACCS is entitled to such immunity."  *Relying on Batley v. Bishop St. Cmty. Coll.*, No. 19-1043-CG-MU, 2020 WL 3948973, at *4 (S.D. Ala. Apr. 28, 2020) (emphasis added).

---

[1] Plaintiff adopts this term as defined in the ACCS Defendants' Motion to Dismiss.  See Doc. 22.

    c.    Pages 9-10: "[T]he ACCS Defendants have no legal authority to hire or fire college employees, as that is delegated to the College President under Alabama law."

    d.    Page 10: "Moreover, ACCS, the Board of Trustees, and the Chancellor are not Head's 'employer' for purposes of the Title VII claims."

    e.    Pages 12-13: "Coastal Alabama Community College does not dispute that it was Head's employer and responded to her EEOC charge as such."

    f.    Pages 17-18: "Coastal's President, who is responsible for the day-to-day operation of the College"

While the ACCS Defendants assert that they govern the College (Doc. 22, page 7), the ACCS Defendants further state that they have delegated the day-to-day operation of the College to the College's President (Doc. 22, pages 17-18) and have no authority to reinstate Plaintiff or provide any of the other relief she seeks (Doc. 22, page 1 and generally). Plaintiff has no reason to dispute the ACCS Defendants' contentions as to their delegation of authority, and Plaintiff seeks to avoid unnecessary and costly discovery to confirm them. For the sake of judicial efficiency and economics, for now, Plaintiff takes the ACCS Defendants' assertions as true that they are not Dr. Head's employer and that they have no authority to hire, terminate, or reinstate her employment. If it is later learned that the ACCS Defendants do have that authority, duty, or obligation, or if the other Defendants later raise that as a defense, Plaintiff reserves her right to further amend her Complaint, with leave of this Court, to reflect this argument.

    WHEREFORE, Plaintiff does not object to the dismissal of her claims against the ACCS Defendants, without prejudice, and reserves her right to later amend, with leave of this Court, her Complaint if newly discovered facts and evidence warrant such an amendment.

**Respectfully submitted this 22nd day of December, 2023.**

/s/ Thomas M. Loper
Thomas M. Loper (LOPET8947)
ASB #: 8947-O57L

LOPER LAW LLC
452 Government Street, Suite E
Mobile, AL 36602
Phone: (251) 288-8308
tloper@loperlawllc.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2023, the foregoing Plaintiff's Response to ACCS Defendant's Motion to Dismiss was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following counsel of record:

Windy Bitzer (BITZ7315)
Christine Harding Hart (HART5687)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL 36601
Phone: (251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com
*Attorneys for ACCS Defendants, Coastal Alabama Community College, and Craig Pouncey*

Henry H. Caddell
THIRY & CADDELL, LLP
1911 Government Street
Mobile, AL 36606
hhc45@bellsouth.net
*Attorney for Defendant Vinson Bradley*

/s/ Thomas M. Loper
Of Counsel