# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE HEAD,** | ) |
| **Plaintiff,** | ) |
| v. | )   **CASE NO.: 1:23-cv-00295-TFM-MU** |
| **COASTAL ALABAMA COMMUNITY COLLEGE,** *et al.* | ) |
| **Defendants.** | ) |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Brooke Head ("Plaintiff"), Defendants Coastal Alabama Community College, Aaron Milner in his official capacity as President of Coastal Alabama Community College, and Craig Pouncey, in his individual capacity,[1] by and through their respective counsel, jointly move this Court to enter the attached Stipulated Protective Order which has been agreed to in this matter, in accordance with Rule 26(c). In support of this Motion, the Parties jointly state as follows:

1. The undersigned Parties have conferred concerning the terms of the attached Stipulated Protective Order and agree to the entry of the proposed order in this case.

2. The Stipulated Protective Order is needed to facilitate discovery by protecting confidential business, personal, and health care information that is requested by the parties in discovery.

3. For these reasons, the Parties respectfully ask this Court to enter the Stipulated Protective Order attached hereto as **Exhibit 1**.

---

[1] Defendant Vinson Bradley's counsel very recently passed away and substitute counsel has not yet appeared. (*See* the Report of Parties' Planning Meeting.) The remaining parties are proceeding jointly with this motion.

Respectfully submitted this 4th day of December, 2024.

| For Plaintiff: | For Defendant Craig Pouncey: |
|---|---|
| By: */s/ Thomas M. Loper* [2]<br>THOMAS M. LOPER<br>Loper Law LLC<br>452 Government Street, Suite E<br>Mobile, AL 36602<br>(251) 288-8308<br>tloper@loperlawllc.com | By: */s/ Tara S. Hetzel*[3]<br>Tara S. Hetzel<br>Hunter L. Sims<br>STATE OF ALABAMA<br>OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8400<br>tara.hetzel@alabamaAG.gov<br>hunter.sims@alabamaAG.gov |
| For Defendants Coastal Alabama Community College and Aaron Milner:<br><br>By: */s/ Christine Harding Hart*<br>CHRISTINE HARDING HART<br>WINDY C. BITZER<br>Hand Arendall Harrison Sale LLC<br>Post Office Box 123<br>Mobile, Alabama 36601<br>(251) 432-5511<br>chart@handfirm.com<br>wbitzer@handfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2024, the foregoing Motion was filed through this Court's electronic filing system which will serve the office of the last known attorney for Defendant Vinson Bradley as follows. The above signing attorneys have been notified of Attorney Caddell's passing and that Mr. Bradley is working to secure new counsel.

Henry H. Caddell
THIRY & CADDELL, LLP
1911 Government Street
Mobile, AL 36606
hhc45@bellsouth.net

/s/ *Christine Harding Hart*

---

[2] Ms. Hart represents that she received Mr. Loper's consent to file this document containing his electronic signature.

[3] Ms. Hart represents that she received Ms. Hetzel's consent to file this document containing her electronic signature.

2