**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BROOKE HEAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:23-cv-00295-TFM-MU** |
| **ALABAMA COMMUNITY COLLEGE** | ) | |
| **SYSTEM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF ENDORSEMENT

Pursuant to the ECF Procedures Manual, Tara S. Hetzel hereby certifies that my original signature was placed on the Report of Parties Planning Meeting (doc. 44), which was filed electronically on December 4, 2024.

Respectfully submitted,

/s/ Tara S. Hetzel
Tara S. Hetzel
 *Deputy Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
tara.hetzel@alabamaAG.gov

***Counsel for Defendant Pouncey***

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this the 5th day of December, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF e-filing system, which will send notification of such filing to all counsel of record.

<u>/s/ Tara S. Hetzel        </u>
*Of counsel*