**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BROOKE HEAD,** | * |
| | * |
| **Plaintiff,** | *   **CASE NO.:** |
| | *   **1:23-cv-00295-TFM-MU** |
| **v.** | * |
| | * |
| **COASTAL ALABAMA COMMUNITY** | * |
| **COLLEGE,** *et al.* | * |
| | * |
| **Defendants.** | * |

**NOTICE OF ENDORSEMENT**

Windy C. Bitzer hereby certifies that the Report of Parties' Rule 26(f) Planning Meeting, e-filed on December 4, 2024, was submitted with her consent.

            Respectfully submitted,

            */s/ Windy C. Bitzer*
            WINDY C. BITZER (BITZW7315)
            Deputy Attorney General
            CHRISTINE HARDING HART (HARTC5687)
            *Attorneys for Defendants Coastal Alabama Community College and Dr. Aaron Milner (in his official capacity as President of Coastal Alabama Community College)*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
(251) 694-6375 (Facsimile)
wbitzer@handfirm.com
chart@handfirm.com

## CERTIFICATE OF SERVICE

I certify that on December 5, 2024, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Thomas M. Loper, Esq.
Loper Law LLC
452 Government Street, Suite E
Mobile, Alabama 36602
tloper@loperlawllc.com
*Attorney for Plaintiff*

Henry H. Caddell, Esq.
Thiry & Caddell, LLP
1911 Government Street
Mobile, AL 36606
hhc45@bellsouth.net
*Attorney for Defendant Vinson Bradley*

Tara S. Hetzel, Esq.
Hunter L. Sims, Esq.
Civil Division Chief
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
tara.hetzel@alabamaag.gov
hunter.sims@alabamaag.gov
*Attorneys for Defendant Craig Pouncey*

                                          /s/ Windy C. Bitzer