**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BROOKE HEAD,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.:** |
| ) | **1:23-cv-00295-TFM-MU** |
| **ALABAMA COMMUNITY COLLEGE** ) | |
| **SYSTEM, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

**NOTICE OF ATTENDANCE VIA TELEPHONE**

COMES NOW Tara S. Hetzel and Hunter L. Sims, Counsel for Defendant Craig Pouncey, and pursuant to this Court's Text Order (Doc. 50), give notice of their intent to attend the December 16, 2024, 1:30 p.m. scheduling conference via telephone.

        Respectfully submitted,

        Steve Marshall
         *Attorney General*

        /s/ Tara S. Hetzel
        Tara S. Hetzel
         *Deputy Attorney General*

        Hunter L. Sims
         *Assistant Attorney General*

        STATE OF ALABAMA
        OFFICE OF THE ATTORNEY GENERAL
        501 Washington Avenue
        Post Office Box 300152
        Montgomery, AL 36130
        Telephone: (334) 242-7300
        Facsimile: (334) 353-8400
        tara.hetzel@alabamaAG.gov
        hunter.sims@alabamaAG.gov

        ***Counsel for Defendant Pouncey***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of December 2024, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF e-filing system, which will send notification of such filing to all counsel of record.

/s/ Tara S. Hetzel
*Of counsel*