IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HEAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 23-0295-TFM-MU |
| COASTAL ALABAMA COMMUNITY COLLEGE, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court conducted the Rule 16(b) scheduling conference in this case on December 16, 2024. Neither Defendant Vinson Bradley nor an attorney representing Mr. Bradley appeared at the scheduling conference. The Court has been advised that counsel of record for Mr. Bradley, Henry H. Caddell, passed away last month. No other attorney has filed an appearance on Mr. Bradley's behalf.

Accordingly, the Court **ORDERS** Defendant Vinson Bradley to advise the Court, in writing, whether he will be representing himself, without an attorney, in this action or whether he will be appearing through counsel on or before **January 17, 2025.**

The Clerk of Court is directed to send a copy of this Order to the following: Mr. Caddell's law firm, Thiry & Caddell, LLP, 1911 Government Street, Mobile, AL 36606; Alabama Education Association, Legal Department, PO Box 4177, Montgomery, AL 36103-4177; and Vinson Bradley, 27862 Jade Ct., Daphne, AL 36526.

**DONE** and **ORDERED** this the **19th** day of **December, 2024**.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE