# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE HEAD,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **1:23-CV-00295-TFM-MU** |
| **ALABAMA COMMUNITY COLLEGE** ) | |
| **SYSTEM, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that on December 23, 2024, Defendant Craig Pouncey served Defendant Craig Pouncey's Initial Disclosures on Plaintiff's counsel via electronic mail.

Respectfully submitted,

Steve Marshall
*Attorney General*

*/s/ Tara S. Hetzel*
*Tara S. Hetzel*
*Deputy Attorney General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300 (T)
(334) 353-8400 (F)
Tara.Hetzel@AlabamaAG.gov

***Counsel for Defendant Craig Pouncey***

## CERTIFICATE OF SERVICE

  I hereby certify that I have on December 23, 2024, I have filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record. I further certify that that I have served a copy of the foregoing via U.S. First Class Mail to the following:

 Vinson Bradley
27862 Jade Court
Daphne, Alabama 36526

            /s/ *Tara S. Hetzel*
            *Of Counsel*