# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BROOKE HEAD,** | * | |
| | * | |
|    **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action: CV-23-295-TFM-MU |
| | * | |
| **COASTAL ALABAMA COMMUNITY** | * | |
| **COLLEGE, et al.,** | * | |
| | * | |
|    **Defendants.** | * | |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiff Dr. Brooke Head, by an through undersigned counsel of record, served the following discovery on counsel of record on this 27th day of March, 2025.

1.  Plaintiff's First Set of Consolidated Discovery to Defendants Coastal Alabama Community College and President Aaron Milner.

**Submitted this 27th day of March, 2025.**

                                                                                           Respectfully submitted,

                                                                                          /s/ Thomas M. Loper
                                                                                          Thomas M. Loper (LOPET8947)

                                                                                          LOPER LAW LLC
                                                                                          452 Government Street, Suite E
                                                                                          Mobile, Alabama 36602
                                                                                          Phone: (251) 288-8308
                                                                                          Fax:    (251) 408-3545
                                                                                          tloper@loperlawllc.com

                                                                                          Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of March, 2025, the foregoing Notice was filed with the Clerk of Court through this Court's CM/ECF filing system will serve a copy of the foregoing on counsel of record as follows:

Windy Bitzer (BITZ7315)
Christine Harding Hart (HART5687)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL 36601
Phone: (251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com
*Attorneys for Defendants Coastal Alabama*
*Community College and Dr. Aaron Milner*

Tara S. Hetzel, Esq.
Hunter L. Sims, Esq.
Civil Division Chief
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
tara.hetzel@alabamaag.gov
hunter.sims@alabamaag.gov
*Attorneys for Defendant Craig Pouncey*

A. Wesley Pitters, Esq.
1145 South Perry Street
Montgomery, AL 36104
awpitters@pitterslawfirm.com
*Attorney for Vinson Bradley*

            /s/ Thomas M. Loper
            Counsel for Plaintiff