# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE HEAD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action: CV-23-295-TFM-MU |
| | * |
| **COASTAL ALABAMA COMMUNITY** | * |
| **COLLEGE, et al.,** | * |
| | * |
| Defendants. | * |

## JOINT REPORT ON MOTION TO COMPLY WITH SUBPOENA UNDER CONFIDENTIALITY AGREEMENT

COME NOW, Plaintiff Dr. Brooke Head and Defendants Coastal Alabama Community College, Dr. Aaron Milner, Dr. Craig Pouncey, and Vinson Bradley, by and through undersigned counsel and submit this Joint Report On Motion to Comply with Subpoena Under Confidentiality Agreement. The parties report as follows:

1. On or about April 22, 2025, Plaintiff served subpoenas requesting documents to Michelle Bugos, Jamia Presley, and Lindsey Byrd.

2. Presley and Byrd responded with concerns about producing documents protected by confidentiality agreements. Counsel for Defendant Coastal Alabama Community, likewise, expressed concerns about production of documents protected by confidentiality agreements and noted that a court order may be necessary as to certain documents.

3. On May 5, 2025, Plaintiff filed a Motion to Comply with Subpoena Under Confidentiality Agreement. (Doc. 68).

4. On May 7, this Court issued an Order regarding serving subpoenaed witnesses and setting a calendar for responding to the Motion. (Doc. 70.)

5. Subpoenaed witness Michelle Bugos responded to the subpoena issued to her on May 9, through her attorney, Windy Bitzer. Plaintiff no longer seeks an order as to Ms. Bugos and respectfully withdraws the Motion to Comply as to her as it is moot.

6. Subpoenaed witnesses Jamia Presley and Lindsey Byrd were emailed copies of the Court's Order of May 7 and Plaintiff's Motion directly and/or to their attorneys of record. Mary Pilcher represents Jamia Presley, and Tom Loper (Plaintiff's counsel) represents Lindsey Byrd.

7. Presley and Byrd are waiting to fully respond to the subpoenas pending a court order to do so.

8. Counsel for Plaintiff and Defendants, as well as those for the subpoenaed witnesses, have worked to resolve any dispute as to production of subpoenaed documents and reached an agreement that we hope this Court adopts. A proposed order is attached herewith.

9. The Plaintiff and Defendants, as well as the subpoenaed witnesses Jamia Presley and Lindsey Byrd, have agreed as follows:

   a. Presley and Byrd will produce all documents responsive to Plaintiff's subpoenas, except for any Confidential Settlement and Release Agreement that they have with the Defendant Coastal Alabama Community College;

   b. Plaintiff and Defendants agree to designate and treat all documents produced by Presley and Byrd as "Confidential" pursuant to this Court's Protective Order (Doc. 61); and

   c. Presley and Byrd will respond to the subpoenas in accordance with this Court's order within seven days.

10.     Defendant Coastal Alabama Community College further agrees that the responses to Plaintiff's subpoenas pursuant to this Court's order, as outlined above, will not violate the terms of any Confidential Settlement and Release Agreement.

WHEREFORE, Plaintiff Dr. Brooke Head and Defendants Coastal Alabama Community College, Dr. Aaron Milner, Dr. Craig Pouncey, and Vinson Bradley jointly ask this Court to enter the Stipulated Order to Comply with Subpoenas Order attached hereto as Exhibit 1.

**Respectfully submitted this 21st day of May, 2025.**

/s/ Thomas M. Loper
Thomas M. Loper (LOPET8947)
LOPER LAW LLC
452 Government Street, Suite E
Mobile, AL 36602
Phone: (251) 288-8308
tloper@loperlawllc.com
*Attorney for Plaintiff*


/s/ Windy Bitzer (with consent)
Windy Bitzer (BITZ7315)
Christine Harding Hart (HART5687)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL 36601
Phone: (251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com
*Attorneys for Defendants Coastal Alabama Community College and Dr. Aaron Milner*


/s/ Tara S. Hetzel (with consent)
Tara S. Hetzel, Esq.
Hunter L. Sims, Esq.
Civil Division Chief
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
tara.hetzel@alabamaag.gov

3

        hunter.sims@alabamaag.gov
*Attorneys for Defendant Craig Pouncey*

/s/ A. Wesley Pitters (with consent)
A. Wesley Pitters, Esq.
1145 South Perry Street
Montgomery, AL 36104
awpitters@pitterslawfirm.com
*Attorney for Vinson Bradley*

### Certificate of Service

I hereby certify that on this 21st day of May, 2025, I emailed or personally served the subpoenaed witnesses through their following counsel of record:

Mary E. Pilcher
Stein & Pilcher, LLC
151 North Bancroft Street
P.O. Box 602
Fairhope, AL 36533
251-210-4557
mpilcher@mobilebaylaw.com
*Attorney for Jamia Presley*

Thomas M. Loper (LOPET8947)
LOPER LAW LLC
452 Government Street, Suite E
Mobile, AL 36602
Phone: (251) 288-8308
tloper@loperlawllc.com
*Attorney for Lindsey Byrd*

/s/ Thomas M. Loper
Of Counsel

4

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE HEAD,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| v. | *   Civil Action: CV-23-295-TFM-MU |
| | * |
| **COASTAL ALABAMA COMMUNITY** | * |
| **COLLEGE, et al.,** | * |
| | * |
|     **Defendants.** | * |

### [PROPOSED] STIPULATED ORDER TO COMPLY WITH SUBPOENA

Upon due consideration of the Plaintiff's Motion for Order to Comply with Subpoena Under Confidentiality Agreement and the Parties' Joint Report On Motion to Comply with Subpoena Under Confidentiality Agreement, the Court hereby

ORDERS:

    1.    Jamia Presley and Lindsey Byrd shall produce to Plaintiff all documents responsive to Plaintiff's subpoenas, except for any Confidential Settlement and Release Agreement that they have with the Defendant Coastal Alabama Community College;

    2.    Any documents produced by Presley and Byrd shall be designated and treated as "Confidential" pursuant to this Court's Protective Order (Doc. 61); and

    3.    Presley and Byrd shall respond to the subpoenas within seven days of the issuance of this Order.

    DONE on this the _____ day of _____, 2025.


_____
UNITED STATES MAGISTRATE JUDGE