# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COASTAL ALABAMA COMMUNITY )<br>COLLEGE, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 23-0295-TFM-MU |

## ORDER

Upon consideration of the Plaintiff's Motion to Comply with Subpoena Under Confidentiality Agreement (Doc. 68) and the Parties' Joint Report On Motion to Comply with Subpoena Under Confidentiality Agreement (Doc. 71), the Court hereby **ORDERS** as follows:

1. Non-parties Jamia Presley and Lindsey Byrd shall produce to Plaintiff all documents responsive to Plaintiff's subpoenas, except for any Confidential Settlement and Release Agreement that they have with Defendant Coastal Alabama Community College;

2. Any documents produced by Presley and Byrd shall be designated and treated as "Confidential" pursuant to this Court's Protective Order (Doc. 61); and

3. Presley and Byrd shall respond to the subpoenas within seven (7) days of the issuance of this Order.

**DONE** and **ORDERED** this the **23rd** day of **May, 2025**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**