IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE HEAD,** | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   Civil Action: CV-23-295-TFM-MU |
| | * |
| **COASTAL ALABAMA COMMUNITY** | * |
| **COLLEGE, et al.,** | * |
| | * |
|    Defendants. | * |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this case hereby stipulate to the dismissal of this case in its entirety, with prejudice and with each party bearing their own attorneys' fees, costs, and expenses. The parties request that the Court approve this stipulation and close the case.

Respectfully submitted this the 5th day of August, 2025.

/s/ Thomas M. Loper[1]
Thomas M. Loper (LOPET8947)
LOPER LAW LLC
452 Government Street, Suite E
Mobile, AL 36602
Phone: (251) 288-8308
tloper@loperlawllc.com
*Attorney for Plaintiff Brooke Head*

---

[1] Mr. Loper confirms that he has received express consent from counsel for all parties to reflect their electronic signatures and file this document as jointly submitted.

/s/ Windy Bitzer (with consent)
Windy Bitzer (BITZ7315)
Christine Harding Hart (HART5687)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL 36601
Phone: (251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com
*Attorneys for Defendants Coastal Alabama Community College and Dr. Aaron Milner, in his Official Capacity*

/s/ Tara S. Hetzel (with consent)
Tara S. Hetzel, Esq.
Hunter L. Sims, Esq.
Civil Division Chief
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
tara.hetzel@alabamaag.gov
hunter.sims@alabamaag.gov
*Attorneys for Defendant Craig Pouncey*

/s/ A. Wesley Pitters (with consent)
A. Wesley Pitters, Esq.
1145 South Perry Street
Montgomery, AL 36104
awpitters@pitterslawfirm.com
*Attorney for Defendant Vinson Bradley*

2